UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00190-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARTIN N. HARVEY,

        Defendant.

_____

### ORDER SETTING LAW AND MOTION HEARING
_____

The Court will conduct a law and motion hearing at **1:30 p.m.** on **Tuesday, August 8, 2006** to address Defendant's Unopposed Motion for an Ends of Justice Continuance **(#14)** filed on July 19, 2006. All parties shall be present and counsel shall bring their calendars.

Dated this 21st day of July, 2006.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge