IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Barbara Wagner          Date: August 8, 2006
Court Reporter: Paul Zuckerman

Criminal Action No. 06-cr-00190-MSK

*Parties*:                                *Counsel Appearing*:

UNITED STATES OF AMERICA,                 James Allison

      Plaintiff,

v.

MARTIN N. HARVEY,                         Scott Varholak

      Defendant.

## COURTROOM MINUTES

HEARING:   Motion Hearing on Defendant's Unopposed Motion for an Ends of Justice Continuance

**1:29 p.m.**   **Court in session.**

Defendant present on bond.

Discussion on Defendant's Unopposed Motion for an Ends of Justice Continuance **(Doc. #14).**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Defendant's Unopposed Motion for an Ends of Justice Continuance **(Doc. #14),** which the Court construes as a Motion to Vacate the Trial Date and Motions Hearing, **is GRANTED in part and DENIED in part.**

**ORDER:**   Trial in this matter set for **August 21, 2006,** Motions Hearing and the Final Pretrial Conference set for **August 18, 2006** are **VACATED**.

**ORDER:**   Motion for Extension of Time to File Response/Reply **(Doc. #28) is DENIED AS MOOT.**

**1:51 p.m.**   **Court in recess.**
**2:05 p.m.**   **Court in session.**

Discussion on pending discovery motions.

**ORDER:**   Motion for Preservation of Tape Recordings and Notes **(Doc. #17) is GRANTED** consistent with the representations of agreement of counsel for the Government.

**ORDER:**   Motion for Witness Impeachment Evidence **(Doc. #16) is GRANTED** consistent with the representations made by Government counsel.

**ORDER:**   Motion for Expert Disclosure **(Doc. #18) is GRANTED** pursuant to the agreement of the parties as reflected on today's record.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Motion for Disclosure of 404(b) Evidence **(Doc. # 15)** is **DENIED AS MOOT.**

The Court requests that with regard to the motion to suppress or the amendment thereto the parties designate in their pleadings how long they are going to need for a hearing.

**ORDER:** Bond is continued.

**2:12 p.m.** **Court in recess.**

**Total Time: 29 minutes**
**Hearing concluded.**