UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00190-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARTIN N. HARVEY,

       Defendant.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a hearing on Defendant's Amended Motion to Suppress Physical Evidence and Statements **(#31)** will be held on **November 2, 2006 at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of August, 2006

                       **BY THE COURT:**

                       _____

                       Marcia S. Krieger
                       United States District Judge