# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00190-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   MARTIN N. HARVEY,

      Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Withdraw His Motion to Reconsider (Docket 40-1) the Court's Ruling (Docket 39-1) Denying the Defendant's Application for Issuance of Subpoena Duces Tecum Under Rule 17(c) for Production of Records (Docket 36-1) **(#42).** The Court being fully advised in the foregoing,

**ORDERS** that Defendant's Motion to Withdraw His Motion to Reconsider (Docket 40-1) the Court's Ruling (Docket 39-1) Denying the Defendant's Application for Issuance of Subpoena Duces Tecum Under Rule 17(c) for Production of Records (Docket 36-1) **(#42)** is **GRANTED.**

Dated this 11th day of September, 2006

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge