UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00190-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARTIN N. HARVEY,

        Defendant.

## ORDER

THIS MATTER having come before the Court on defendant's Motion To Disclose Grand Jury Transcripts (Doc. # 38) and on the government's Response to Defendant's Motion To Disclose Grand Jury Transcripts (Doc. # 45) and

THE COURT being advised that the government does not object to the disclosure of of the grand jury testimony of FBI Special Agent Wallace for the reasons set forth in its Response, it is therefore

ORDERED that the government provide to defendant's counsel a copy of Agent Wallace's grand jury testimony by November 24, 2006, and it is further

ORDERED that defendant's counsel may only disclose Agent Wallace's testimony to his investigator and any employee of the Federal Public Defender's Office who is assisting the defendant in this case and to dispose of the testimony following the termination of this case.

Dated this 16th day of November, 2006

                                          **BY THE COURT:**

                                          _/s/ Marcia S. Krieger_

                                          Marcia S. Krieger
                                          United States District Judge