UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00190-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARTIN N. HARVEY,

        Defendant.

## ORDER AND NOTICE OF HEARING

**THIS MATTER** comes before the Court on the Parties' Joint Motion Under Fed. R. Evid. 702 **(#51)** filed on November 16, 2006,

**IT IS HEREBY ORDERED** that a **Rule 702 Hearing will be held on December 27, 2006 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of November, 2006

        **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge