## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover            Date: December 27, 2006
Court Reporter:     Darlene Martinez

Criminal Action No. 06-cr-00190-MSK

*Parties*:                                      *Counsel Appearing*:

UNITED STATES OF AMERICA,                       Wallace Kleindienst

      Plaintiff,

v.

MARTIN N. HARVEY,                               Scott Varholak

      Defendant.

## COURTROOM MINUTES

HEARING:   Rule 702

**1:49 p.m.    Court in session**.

Defendant present on bond.

The Government states Opinion 2, 3 and 4

Counsel for Defendant states his objections to Opinion 2, 3 and 4

**Witness sworn for the Government :Cynthia Burbach:**
**1:55 p.m.**    Direct Examination by Mr. Kleindienst

**EXHIBITS:   Received:**    1, 4, 6, 7, 8, 9

**3:10 p.m.    Court in recess**
**3:32 p.m.    Court in session**

Cross examination of witness Cynthia Burbach by Mr. Varholak.

Redirect examination of witness Cynthia Burbach by Mr. Kleindienst.

Argument by the Government.

Argument by the defendant.

Oral findings are made of record.
**ORDER:**    The Court makes factual findings as to the Joint 702 Motion (**Doc #51**) as follows:

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

>           Opinion No. 1 is withdrawn.
>           Opinion No. 2 is not an opinion and is created as an assumption.
>           Opinion No. 3 is admissible.
>           Opinion No. 4 is admissible.

**ORDER:** Defendant's motion to continue the deadline for the defense to disclose it's expert report (Doc. #49) is **GRANTED.**

The Court addresses speedy trial and the Court's docket.

**ORDER:** Trial is set it for February 12th, 2007, with the anticipation that the defense will be filing a motion to continue and for either an ends of justice finding or some other grounds under the speedy trial act. The attorneys will confer on the length of time need for trial and reflect same in their motion.

**ORDER:** Bond is continued.

**4:58 p.m.** **Court in recess**

**Total Time: 2 hours 47 minutes**
**Hearing concluded.**